DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

L.W.O.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0888

_____

May 31, 2024

Appeal from the Circuit Court for Manatee County; Susan B. Maulucci, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

We affirm without prejudice to L.W.O.'s filing a motion to correct disposition order pursuant to Florida Rule of Juvenile Procedure 8.135(a). *See B.F.H. v. State*, 207 So. 3d 374, 374 (Fla. 2d DCA 2016); *M.N. v. State*, 16 So. 3d 280, 281 n.1 (Fla. 2d DCA 2009) (en banc); *C.C. v. State*, 150 So. 3d 216, 217 (Fla. 4th DCA 2014).

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.